## LEON SANDERS *v.* COMMISSIONER OF CORRECTION
### (AC 30523)

Bishop, Gruendel and Robinson, Js.

Submitted on briefs December 4—officially released December 29, 2009

Per Curiam. The appeal is dismissed.

## NELSON APONTE *v.* COMMISSIONER OF CORRECTION
### (AC 30117)

Flynn, C. J., and DiPentima and Beach, Js.

Submitted on briefs December 4—officially released December 29, 2009

Per Curiam. The appeal is dismissed.

## MOISES CONTRERAS *v.* COMMISSIONER OF CORRECTION
### (AC 30160)

Flynn, C. J., and DiPentima and Beach, Js.

Submitted on briefs December 4—officially released December 29, 2009

Per Curiam. The appeal is dismissed.